UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -7 PM 4: 16

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| WELDON P. WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 04-3172 |
| BURL CAIN, WARDEN | SECTION "F" (3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections filed by plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Weldon P. Williams for habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of November, 2006.

UNITED STATES DISTRICT JUDGE